# U.S. District Court

## Texas Western - El Paso

Receipt Date: Mar 5, 2024 11:29AM

MANUEL GUADIAN
3805 TIERRA FIJI LN
EL PASO, TX 79938

Rcpt. No: 2087 Trans. Date: Mar 5, 2024 11:29AM Cashier ID: #LaLa

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #22-056644254 | 03/5/2024 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: CIVIL FILING FEE EP:24-CV-0074-DCG GUADIAN v. PHILIP SELLERS P.C.