**FILED**
November 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| MANUEL GUADIAN,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP SELLERS P.C.; and UPSIDE LEGAL, LLC,<br><br>Defendants. | Case No. 3:24-cv-00074-DCG |

## NOTICE OF RESOLUTION

Plaintiff Manuel Guadian, pro se ("Plaintiff"), for himself and on behalf of Philip Sellers P.C. and Upside Legal, LLC (individually, "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all their differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed by Plaintiff in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines (including but not limited to Defendant's responsive pleading deadline) and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: November 26, 2024

Respectfully submitted,

By: ______________________________

Manuel Guadian
Plaintiff, Pro Se
3805 Tierra Fiji Lane
El Paso, Texas 79938
915-588-8351
Guadianmanuel7@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 26, 2024, the foregoing was filed in the above-captioned matter. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

By: ________________________________________________

Manuel Guadian
Plaintiff, Pro Se
3805 Tierra Fiji Lane
El Paso, Texas 79938
915-588-8351
Guadianmanuel7@gmail.com